USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/10/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GARY BIERD and DAUBRIEL DISLA,

                  Defendants.

19 Cr. 391-2 (AT)
19 Cr. 391-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that a change of plea hearing for Defendants Gary Bierd and Daubriel Disla is scheduled for **February 18, 2020**, at **1:30 p.m.**

    SO ORDERED.

Dated: February 10, 2020
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge