UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GARY BIERD and DAUBRIEL DISLA,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2020

19 Cr. 391-2 (AT)
19 Cr. 391-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing for Defendants Gary Bierd and Daubriel Disla scheduled for June 18, 2020, is ADJOURNED to **October 1, 2020**, at **11:00 a.m.**

The Clerk of Court is directed to terminate the motion at ECF No. 92.

SO ORDERED.

Dated: June 2, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge