UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GARY BIERD,

                      Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/25/2021
```

19 Cr. 391-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 24, 2021, the Court ordered Defendant to file his sentencing submission by October 20, 2020. ECF No. 116. That submission is now overdue. Accordingly, it is ORDERED that Defendant file his sentencing submission by **October 26, 2021**.

    SO ORDERED.

Dated: October 25, 2021
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge