UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GARY BIERD, IRVIN CASTILLO, and
DAUBRIEL DISLA,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/28/2021_

19 Cr. 391-2 (AT)
19 Cr. 391-3 (AT)
19 Cr. 391-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing hearing in this matter set for November 3, 2021, is ADJOURNED to **November 4, 2021** at **2:30 p.m.**

SO ORDERED.

Dated: October 28, 2021
New York, New York

ANALISA TORRES
United States District Judge